1

2

3

4

5

6

7           IN THE UNITED STATES DISTRICT COURT FOR THE

8                EASTERN DISTRICT OF CALIFORNIA

9

10   UNITED STATES OF AMERICA,        )   No. 2:11-mj-277 DAD
                                      )
11           Plaintiff,               )   ORDER DISMISSING COMPLAINT
                                      )
12        v.                          )
                                      )
13   DIEGO D. TOMAS BAUTISTA MACIEL,)
                                      )
14                                    )
             Defendant.               )
15   _____)

16

17        Pursuant to Rule 48(a), and in the interest of justice, the

Court grants the government's motion to dismiss the complaint in
18
this case.  See Fed. R. Crim. P. 48(a).  The complaint is
19
dismissed without prejudice.
20
Respectfully submitted,
21
DATED: September 14, 2011
22
                                    ___/s/ Gregory G. Hollows___
23                                  UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

                                  1